# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

U.S.A. vs. Troy Timothy Deruise, Jr.                              Docket No. 7:10-M-1031-1

## Petition for Action on Probation

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Troy Timothy Deruise, Jr., who, upon an earlier plea of guilty to Simple Possession of Marijuana, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on April 14, 2010, to a 12 month term of special probation under 18 U.S.C. § 3607, with the standard conditions adopted by the court and the following additional conditions:

1) The defendant shall participate in a drug education and/or treatment program if ordered to do so by the supervising probation officer.

2) The defendant shall undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The probationer is currently being supervised by the probation office in the Eastern District of Louisiana. On May 3, 2010, the probationer informed his probation officer he was severely depressed and could benefit from mental health treatment. The probation officer agreed with his request and asked him to sign a Probation form 49, Waiver of Hearing, to modify his conditions to include mental health treatment.

The defendant signed the Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

Troy Timothy Deruise
Docket No. 7:10-M-1031-1
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: (910) 815-4857
Executed On: May 18, 2010

## ORDER OF COURT

Considered and ordered this 19 day of May, 2010, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge